UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA       :
                                :
     -v.-                      :
                                :         **SEALED ORDER**
KENNETH CIAPALA,                :
ULRIK DEBO,                      :         19 Cr.
    a/k/a "Molgaard Debo,"       :
    a/k/a "Ulrik Molgaard," and  :
BLACKLIGHT, S.A.                :     19 CRIM 874

           Defendants.        :
                                :
- - - - - - - - - - - - - - - - - - x

        WHEREAS, an *ex parte* application has been made by the United States of America requesting that: (1) the Indictment ("Indictment"), the S1 Superseding Indictment ("S1 Indictment"), the S2 Superseding Indictment ("S2 Indictment," and collectively with the Indictment and S1 Indictment, the "Indictments") in this case, and related charging paperwork be filed under seal until the defendants KENNETH CIAPALA and ULRIK DEBO, are apprehended or until further order of this Court; and (2) docketing of the Indictments and related charging paperwork, be delayed until the defendants KENNETH CIAPALA and ULRIK DEBO are apprehended or until further Order of this Court;

1

WHEREAS, the Court finds that an active law enforcement investigation and prosecution may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that: (1) the Indictments and related charging paperwork in this matter shall be sealed; and (2) the docketing of the Indictments and related charging paperwork be delayed until the defendants are apprehended or further order of this Court;

IT IS FURTHER ORDERED that this Order and the related Application be sealed and their docketing delayed until the defendants KENNETH CIAPALA and ULRIK DEBO are apprehended or further order of this Court;

IT IS FURTHER ORDERED that the Government may provide the Indictments and related charging paperwork to foreign law enforcement authorities for the purposes of effectuating the arrest and/or extradition of the defendants KENNETH CIAPALA and ULRIK DEBO or the service of a criminal summons or any other legal process on the defendant BLACKLIGHT S.A. without further order of this Court; and

IT IS FURTHER ORDERED that the Government shall report to the Court on or before six months after execution of this

Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated: New York, New York
December 5, 2019

_____
BARBARA MOSES
United States Magistrate Judge
Southern District of New York