UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>     v.<br><br>KENNETH CIAPALA,<br><br>          Defendant. | DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL<br><br>Case No.19-cr-874 |

### DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Brandon C. Thompson, declare and state as follows:

1. On May 3, 2021, I filed a Notice of Appearance (Doc. No. 37) on behalf of Defendant Kenneth Ciapala.

2. As of April 27, 2022, I will no longer be affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Mr. Ciapala.

3. Defendant shall continue to be represented by the remaining counsel of record from Kaplan Hecker & Fink LLP, Sean Hecker and Mike Ferrara.

4. This withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice the Government. I am not asserting a retaining or charging lien.

Dated: April 27, 2022                       Respectfully submitted,

                                                           /s/ Brandon C. Thompson
                                                           Brandon C. Thompson